In the Matter of the Application of JOHN D. LORE, Respondent, for an Order of Mandamus against RUSSELL FORBES, as Commissioner of Purchase of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs

and disbursements. (See *United States ex rel. Bergdoll* v. *Drum*, 107 F. [2d] 897; *United States* v. *Bergdoll*, 272 Fed. 498.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [173 Misc. 1066.]